No. 677. MEREDITH v. JOHN DEERE PLOW Co. C. A. 8th Cir. Certiorari denied. *James Reginald Larson* for petitioner. *John LeRoy Peterson* for respondent.

No. 685. UNITED STATES CARTRIDGE Co. v. POWELL ET AL. C. A. 8th Cir. Certiorari denied. *Robert H. McRoberts* for petitioner. *Thomas Bond* for respondents.

No. 729. CAULDWELL-WINGATE Co. ET AL. v. PERSON, ADMINISTRATRIX, ET AL. C. A. 2d Cir. Certiorari denied. *Warner Pyne* for petitioners. *Louis A. D'Agosto* for respondents.

No. 388. BRANDHOVE v. ROBINSON. C. A. 9th Cir. Certiorari denied. *George Olshausen* for petitioner. *H. J. McGuire* for respondent.

No. 464, Misc. EDGEMAN v. OHIO ET AL. Court of Appeals of Ohio, Second District. Certiorari denied.

No. 477, Misc. HOBBS v. WARDEN OF MARYLAND PENITENTIARY. Court of Appeals of Maryland. Certiorari denied.

No. 483, Misc. BEAM, ADMINISTRATRIX, v. PITTSBURGH RAILWAYS Co. ET AL. Supreme Court of Pennsylvania, Western District. Certiorari denied. *John D. Meyer* for petitioner. *J. Roy Dickie* for respondents.

No. 486, Misc. ROY v. LOUISIANA. Supreme Court of Louisiana. Certiorari denied.